**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

T.S.C.,                           :   No. 169 WAL 2017
                                     :
          Respondent        :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
               v.                     :
                                       :
                                       :
J.T.,                              :
                                       :
          Petitioner           :

## ORDER

**PER CURIAM**

       **AND NOW**, this 9th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.